## JEFFREY TISDALE ET AL. *v.* RIVERSIDE CEMETERY ASSOCIATION

The plaintiffs' petition for certification for appeal from the Appellate Court, 78 Conn. App. 250 (AC 22451), is denied.

*Brenden P. Leydon*, in support of the petition.

Decided September 18, 2003

## STATE OF CONNECTICUT *v.* DENNIS HATHAWAY

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 527 (AC 22699), is denied.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 18, 2003

## STATE OF CONNECTICUT *v.* ROBERT HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 479 (AC 22799), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided September 18, 2003